UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

NOV 07 2018

David J. Bradley, Clerk
Laredo Division

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | CRIMINAL NO. 5:17-CR-00560-07 |
| CARLOS VELASQUEZ-FLORES, § | |
| Defendant. § | |

## FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Abe Martinez, Acting United States Attorney for the Southern District of Texas, José Angel Moreno, Assistant United States Attorney, Deborah Connor, Chief, Money Laundering and Asset Recovery Section, Keith Liddle, Trial Attorney, and the defendant, **CARLOS VELASQUEZ-FLORES** and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

On or about May 8, 2012, **CARLOS VELASQUEZ-FLORES (VELASQUEZ)** knowingly conspired and agreed with at least one other person to conduct financial transactions that affected interstate commerce. **CARLOS VELASQUEZ** believed the money involved in the financial transactions was the proceeds of illegal drug trafficking, and the transactions

15

were designed, at least in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds.

**VELASQUEZ** did not take any affirmative action to voluntarily abandon or otherwise quit the conspiracy at least until after October 2013.

Defendant, **CARLOS VELASQUEZ-FLORES**, hereby confesses and judicially admits that beginning **on or about October 2011 and continuing at least to on or about October 2013**, he knowingly **conspired to launder monetary instruments**, in violation of Title **18**, United States Code, Section **1956(h)**.

_____
**CARLOS VELASQUEZ-FLORES**
Defendant

16

APPROVED:

Ryan K. Patrick  
United States Attorney

Deborah Connor  
Chief, Money Laundering and Asset Recovery Section

By: *(signature)*  
José Angel Moreno  
Assistant United States Attorney  
Southern District of Texas  
Telephone: 956-723-6523  
E-mail: angel.moreno@usdoj.gov

*(signature)*  
Keith Liddle  
Trial Attorney  
Money Laundering and Asset Recovery Section

*(signature)*  
Roel Canales  
Attorney for Defendant

17